UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIPE R. DY, and YOLANDA B. DY,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 13-cv-00333 NC<br><br>**ORDER STRIKING COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 1 |

Plaintiffs Felipe R. Dy and Yolanda B. Dy have brought suit in federal court against defendant Wells Fargo. Under Federal Rule of Civil Procedure 8(a), a plaintiff must give a short and plain statement of the facts that show he is entitled to relief. Under Rule 12(f), a district court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

Here, the entire complaint is impertinent and immaterial. It consists of a string of letters and words, some in English and some in a version of Latin, written in all caps, and separated by tildes. After thirteen pages, plaintiffs switch to a new format, writing small numbers in a repeating pattern above the words of what seems to be a standard deed of trust contract. Quite simply, the complaint is illegible. Even if Wells Fargo had been served with a copy, it would be unable to decipher what plaintiffs are alleging against it.

//

Accordingly, the Court STRIKES the complaint as immaterial and impertinent, but GRANTS LEAVE TO AMEND if plaintiffs can articulate facts legibly, give notice to Wells Fargo of the claims brought against it, and comply with Rule 8(a). Plaintiffs have thirty days from the date of this order to submit a proper complaint.

The Court also CONTINUES the case management conference currently set for May 1, 2013 to July 10, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco. By July 3, 2013, the parties must submit a joint case management statement and consent to or decline the jurisdiction of a United States magistrate judge.

For additional guidance, plaintiffs may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-9000 x8657.

IT IS SO ORDERED.

Date: April 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge