UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIPE R. DY, and YOLANDA B. DY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 13-cv-00333 NC<br><br>**REFERRAL FOR REASSIGNMENT WITH RECOMMENDATION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 5 |

Plaintiffs Felipe R. Dy and Yolanda B. Dy brought suit in federal court against defendant Wells Fargo. On April 29, 2013, this Court issued an order striking plaintiffs' complaint under Federal Rule of Civil Procedure 12(f). Dkt. No. 5. The Court gave plaintiffs thirty days to file an amended complaint that was legible and that articulated facts and claims in accordance with Federal Rule of Civil Procedure 8. Plaintiffs have not filed any amendment.

The Court VACATES the case management conference set for July 10, 2013. Because no party in this action has consented to the jurisdiction of a United States magistrate judge, the Court REFERS the action for reassignment and RECOMMENDS that the district court dismiss the action with prejudice.

IT IS SO ORDERED.

Date: July 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00333 NC
REFERRAL FOR REASSIGNMENT
WITH RECOMMENDATION