IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELIPE DY and YOLANDA B. NY,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 13-00333 JSW

**ORDER ADOPTING RECOMMENDATION AND DISMISSING CASE**

Plaintiffs brought suit in federal court against Defendant Wells Fargo Bank, N.A. On April 29, 2013, this Court, Judge Nathaniel M. Cousins presiding, issued an order striking Plaintiffs' complaint under Federal Rule of Civil Procedure 12(f). (Docket No. 5.) The Court gave Plaintiffs thirty days to file an amended complaint that was legible and articulated facts and claims in accordance with Federal Rule of Civil Procedure 8. Plaintiffs have not filed such an amendment.

This case was transferred to the undersigned as no party consented to the jurisdiction of a United States magistrate judge. Having not received an amended complaint in compliance with Federal Rule of Civil Procedure 8, the Court DISMISSES this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIPE DY ET AL et al,

        Plaintiff,

  v.

WELLS FARGO BANK et al,

        Defendant.
                               /

Case Number: CV13-00333 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felipe R. Dy
Yolanda B. Dy
49 Blossom Court
Daly City, CA 94014

Dated: July 24, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk